UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LEE HETZER, JR.                        Case No. 04-74971

       Petitioner,                        DISTRICT JUDGE
                                            ARTHUR J. TARNOW
v.
                                            MAGISTRATE JUDGE
JAN TROMBLEY                                 PAUL J. KOMIVES

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [DE 17] AND DENYING PETITION FOR WRIT OF *HABEAS CORPUS* [DE 1]

Before the court is a petition for *habeas corpus* under 28 U.S.C. § 2254. This court referred the petition to Magistrate Judge Komives for report and recommendation. The Magistrate Judge has issued a report and recommendation recommending that the petition be denied. No objections having been filed and the Court having reviewed the pleadings in this case and the documents of record, the Court agrees with the conclusions reached by the Magistrate Judge. Therefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [DE 17] is ADOPTED as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the petition for writ of *habeas corpus* is DENIED.

SO ORDERED.

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
Dated: March 10, 2006              United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2006, by electronic and/or ordinary mail.

                                                s/Catherine A. Pickles
                                                Judicial Secretary