UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LEE HETZER, JR.          Case No. 04-74971

    Petitioner,              DISTRICT JUDGE
                               ARTHUR J. TARNOW
v.
                               MAGISTRATE JUDGE
JAN TROMBLEY                   PAUL J. KOMIVES

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered on March 10, 2006,

IT IS ORDERED AND ADJUDGED that Plaintiff's Petition is DISMISSED.

Dated at Detroit, Michigan, this 10th day of March, 2006.

                         DAVID J. WEAVER
                         CLERK OF THE COURT

                    BY: s/Catherine A. Pickles
                           Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 10, 2006, by electronic and/or ordinary mail.

                  s/Catherine A. Pickles
                  Case Manager